# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5055

_____

JASON BRADLEY SIMS,

    Petitioner,

v.

WELLS FARGO BANK, N.A.; STEVE
H. SIMS, et al.,

    Respondents.

_____

Petition for Writ of Prohibition – Original Jurisdiction.

January 26, 2018

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jason Bradley Sims, pro se, Petitioner.

David Rosenberg of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Respondent U.S. Bank Trust, N.A.

No appearance for Respondents Wells Fargo Bank, N.A. or Steve H. Sims.